UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

CHARLES NELSON,

    Petitioner,

vs.

TIMOTHY FILSON, *et al.*,

    Respondents.

3:18-cv-00029-RCJ-VPC

**ORDER**

This action is a petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2254, by Charles Nelson, a Nevada prisoner. The action was initiated by Nelson, acting *pro se*, on January 19, 2018.

On February 6, 2018, the Court granted Nelson's motion for appointment of counsel, and appointed the Federal Public Defender for the District of Nevada(FPD) to represent Nelson, subject to the FPD's determination whether there was any conflict. *See* Order entered February 6, 2018 (ECF No. 5). On February 15, 2018, the FPD filed a notice indicating that office has a conflict, precluding their representation of Nelson. The Court will therefore appoint other counsel to represent Nelson.

Also on February 15, 2018, the Court received from Nelson a letter requesting a copy of his habeas petition in this case (ECF No. 8). The petition has been received (ECF No. 1-1), but has not yet been filed, because the filing fee has not yet been paid. The Court will direct the Clerk of the Court to send Nelson a copy of his petition, along with a copy of this order.

**IT IS THEREFORE ORDERED** that the Office of the Federal Public Defender for the District of Nevada is discharged from their representation of the petitioner in this action.

**IT IS FURTHER ORDERED** that Mary Lou Wilson (The Law Office of Mary Lou Wilson, 2064 Regent Street, Reno, NV 89509, 775-771-8620) is appointed to represent the petitioner in this action. Counsel will represent the petitioner in all federal-court proceedings relating to this matter, unless allowed to withdraw.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall update the docket for this case to reflect this change in the representation of the petitioner.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall serve this order on the following:

- the respondents;
- the Federal Public Defender for the District of Nevada;
- Mary Lou Wilson, The Law Office of Mary Lou Wilson, 2064 Regent Street, Reno, NV 89509;
- the petitioner (along with a copy of his habeas petition (ECF No. 1-1).

**IT IS FURTHER ORDERED** that the petitioner shall pay the filing fee for this case ($5) within **20 days** from the date of this order.

**IT IS FURTHER ORDERED** that the petitioner shall file an amended petition for writ of habeas corpus, or a notice stating that amendment of the petition is unnecessary, within **90 days** from the date of this order.

**IT IS FURTHER ORDERED** that the Court will establish a schedule for further proceedings in this action after petitioner pays the filing fee and files either an amended petition or a notice stating that amendment is unnecessary.

Dated this _ 6 _ day of March, 2018.

_____
UNITED STATES DISTRICT JUDGE