UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| CHARLES NELSON, | Case No. 3:18-cv-00029-RCJ-VPC |
|---|---|
| Petitioner, | ORDER |
| v. | |
| TIMOTHY FILSON, *et al.*, | |
| Respondents. | |

This action is a petition for writ of habeas corpus, pursuant to 28 U.S.C. § 2254, by Charles Nelson, a Nevada prisoner. The Court has appointed counsel for Nelson, and, with counsel, Nelson was due to file an amended habeas petition by June 4, 2018. *See* Order entered 3/6/18 (ECF No. 9).

On June 4, 2018, petitioner filed a motion for an extension of time (ECF No. 11), requesting a 92-day extension of time, to September 4, 2018. This would be the first extension of this deadline. Petitioner's counsel states that the extension of time is necessary because of the complexity of this case. There is no indication that respondents oppose the motion for extension of time. The Court finds that petitioner's motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested.

The Court will grant the motion for extension of time. Petitioner and his counsel should take careful note, however: this order is not meant to toll, or otherwise effect, the running of any applicable statute of limitations.

1

**IT IS THEREFORE ORDERED** that petitioner's Motion for Extension of Time (ECF No. 11) is **GRANTED**. Petitioner will have until September 4, 2018, to file an amended petition for writ of habeas corpus.

**IT IS FURTHER ORDERED** that the Court will establish a schedule for further proceedings in this action after petitioner files his amended petition.

DATED THIS 18th day of June, 2018.

_____
ROBERT C. JONES,
UNITED STATES DISTRICT JUDGE