UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CHARLES NELSON,<br><br>Petitioner,<br><br>v.<br><br>TIMOTHY FILSON, *et al.*,<br><br>Respondents. | Case No. 3:18-cv-00029-RCJ-VPC<br><br>ORDER |

This action is a petition for writ of habeas corpus, pursuant to 28 U.S.C. § 2254, by Charles Nelson, a Nevada prisoner. The Court has appointed counsel for Nelson, and, with counsel, after a 92-day extension of time, Nelson was due to file an amended habeas petition by September 4, 2018. *See* Order entered March 6, 2018 (ECF No. 9); Order entered June 18, 2018 (ECF No. 13).

On August 31, 2018, petitioner filed a motion for an extension of time (ECF No. 15), requesting a second extension of time, this one 90 days, to December 3, 2018. Petitioner's counsel states that the extension of time is necessary because of the need to perform investigation relative to the case. There is no indication that respondents oppose the motion for extension of time. The Court finds that petitioner's motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested. The Court will grant the motion for extension of time.

1

Petitioner and his counsel should take careful note: this order is not meant to toll, or otherwise effect, the running of any applicable statute of limitations.

The Court will not look favorably upon any motion to further extend this deadline.

**IT IS THEREFORE ORDERED** that petitioner's Motion for Extension of Time (ECF No. 15) is **GRANTED**. Petitioner will have until **December 3, 2018**, to file an amended petition for writ of habeas corpus.

**IT IS FURTHER ORDERED** that the Court will establish a schedule for further proceedings in this action after petitioner files his amended petition.

DATED THIS 5 day of September, 2018.

ROBERT C. JONES,
UNITED STATES DISTRICT JUDGE