UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

CHARLES NELSON,

    Petitioner,

    v.

WILLIAM GITTERE, *et al.*,

    Respondents.

Case No. 3:18-cv-00029-RCJ-CBC

**ORDER**

In this habeas corpus action, the petitioner, Charles Nelson, represented by counsel, filed an amended habeas petition on December 3, 2018 (ECF No. 17). The Court will, therefore, set a schedule for further proceedings in this action. The Court will also order the docket for this action updated to properly reflect the identity of the respondent warden.

**IT IS THEREFORE ORDERED** that the schedule for further proceedings in this action shall be as follows:

<u>Response to Amended Petition</u>. Respondents will have 90 days from the date of this order to file an answer or other response to the amended petition.

<u>Reply and Response to Reply</u>. Petitioner will have 60 days following service of an answer to file a reply. Respondents shall thereafter have 30 days following service of a reply to file a response to the reply.

<u>Briefing of Motion to Dismiss</u>. Petitioner will have 60 days following service of a motion to dismiss to respond to the motion. Respondents will then have 30 days to reply.

<u>Discovery</u>. If Petitioner wishes to move for leave to conduct discovery, Petitioner shall file such motion concurrently with, but separately from, the response to Respondents' motion to dismiss or the reply to Respondents' answer. Any motion for

leave to conduct discovery filed by Petitioner before that time may be considered premature, and may be denied, without prejudice, on that basis. Respondents shall file a response to any such motion concurrently with, but separately from, their reply in support of their motion to dismiss or their response to Petitioner's reply. Thereafter, Petitioner will have 20 days to file a reply in support of the motion for leave to conduct discovery.

Evidentiary Hearing. If Petitioner wishes to request an evidentiary hearing, Petitioner shall file a motion for an evidentiary hearing concurrently with, but separately from, the response to Respondents' motion to dismiss or the reply to Respondents' answer. Any motion for an evidentiary hearing filed by Petitioner before that time may be considered premature, and may be denied, without prejudice, on that basis. The motion for an evidentiary hearing must specifically address why an evidentiary hearing is required and must meet the requirements of 28 U.S.C. § 2254(e). The motion must state whether an evidentiary hearing was held in state court, and, if so, state where the transcript is located in the record. If Petitioner files a motion for an evidentiary hearing, Respondents shall file a response to that motion concurrently with, but separately from, their reply in support of their motion to dismiss or their response to Petitioner's reply. Thereafter, Petitioner will have 20 days to file a reply in support of the motion for an evidentiary hearing.

**IT IS FURTHER ORDERED** that, pursuant to Federal Rule of Civil Procedure 25(d), the Clerk of the Court is directed to substitute William Gittere for Timothy Filson, on the docket for this case, as the respondent warden.

Dated this 14th day of January, 2019.

_____
ROBERT C. JONES,
UNITED STATES DISTRICT JUDGE

2