UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHARLES NELSON,<br><br>Petitioner,<br>v.<br><br>WILLIAM GITTERE, et al.,<br><br>Respondents. | Case No. 3:18-cv-00029-RCJ-CBC<br><br>ORDER |

In this habeas corpus action, the petitioner, Charles Nelson, is represented by appointed counsel Mary Lou Wilson. See Order entered March 6, 2018 (ECF No. 9). Wilson filed an amended habeas petition on Nelson's behalf on December 3, 2018 (ECF No. 17). Respondents are due to respond to the amended petition by April 15, 2019. See Order entered January 14, 2019 (ECF No. 19).

On February 8, 2019, Wilson filed a motion (ECF No. 20) requesting leave of court to withdraw from her representation of Nelson "based upon the fact that counsel has resigned from the CJA panel." See Motion for Withdrawal of Counsel (ECF No. 20), p. 1. The Court recognizes that Wilson has resigned from the CJA panel and determines that there is good cause to grant her request to withdraw.

**IT IS THEREFORE ORDERED** that the Motion for Withdrawal of Counsel (ECF No. 20) is granted. Mary Lou Wilson is discharged from her representation of the petitioner in this case.

**IT IS FURTHER ORDERED** that the Court will, by separate order, appoint other counsel to represent the petitioner.

**IT IS FURTHER ORDERED** that the schedule for further proceedings in this case set forth in the order entered January 14, 2019 (ECF No. 19), including the due date for Respondents' response to the amended petition, is vacated. The Court will set a new

schedule for further proceedings in this case after new counsel is appointed for the petitioner.

DATED THIS 26 day of FEBRUARY, 2019.

ROBERT C. JONES,
UNITED STATES DISTRICT JUDGE