UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

CHARLES NELSON,

    Petitioner,

v.

WILLIAM GITTERE, *et al.*,

    Respondents.

Case No. 3:18-cv-00029-RCJ-CBC

**ORDER GRANTING MOTION FOR EXTENSION OF TIME (ECF No. 32)**

This action is a petition for writ of habeas corpus by Nevada prisoner Charles Nelson. The Court appointed counsel for Nelson on February 6, 2018 (ECF No. 5), but, on February 26, 2019, the Court granted that attorney's motion to withdraw (ECF No. 21). On March 12, 2019, the Court appointed new counsel for Nelson and set a deadline of July 10, 2019, for Nelson to file a second amended habeas petition (ECF No. 22).

On July 5, 2019, Nelson filed a motion for extension of time (ECF No. 32), requesting a 90-day extension of time, to October 8, 2019, to file his second amended petition. Nelson's counsel states that the extension of time is necessary because of the complexity of this case and his need to obtain and review materials related to the state-court proceedings. Respondents do not oppose the motion for extension of time.

The Court finds that Nelson's motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested.

**IT IS THEREFORE ORDERED** that Petitioner's motion for extension of time (ECF No. 32) is **GRANTED**. Petitioner will have until and including **October 8, 2019**, to file his second amended habeas petition.

1

**IT IS FURTHER ORDERED** that, in all other respects, the schedule for further proceedings set forth in the order entered March 12, 2019 (ECF No. 22) will remain in effect.

DATED THIS 8th day of July, 2019.

_____
ROBERT C. JONES,
UNITED STATES DISTRICT JUDGE