UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

CHARLES NELSON,

    Petitioner,

v.

WILLIAM GITTERE, *et al.*,

    Respondents.

Case No. 3:18-cv-00029-RCJ-CBC

**ORDER GRANTING MOTION FOR EXTENSION OF TIME (ECF NO. 35)**

In this habeas corpus action, the petitioner, Charles Nelson, represented by appointed counsel, was due, after a 90-day extension of time, to file a second amended habeas petition by October 8, 2019. *See* Order entered July 8, 2019 (ECF No. 33).

On October 4, 2019, Nelson filed a motion for extension of time (ECF No. 35), requesting a second extension of time, of 90 days, to January 6, 2020, to file his second amended petition. Nelson's counsel states that the extension of time is necessary because of the complexity of this case, and the time it has taken for him to obtain the record and research the case. Respondents do not oppose the extension of time.

The Court finds that Nelson's motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested.

**IT IS THEREFORE ORDERED** that Petitioner's motion for extension of time (ECF No. 35) is **GRANTED**. Petitioner will have until and including **January 6, 2020**, to file his second amended habeas petition.

///

///

///

1

**IT IS FURTHER ORDERED** that, in all other respects, the schedule for further proceedings set forth in the order entered March 12, 2019 (ECF No. 22) will remain in effect.

DATED: This 7th day of October, 2019.

_____
ROBERT C. JONES,
UNITED STATES DISTRICT JUDGE