UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

CHARLES NELSON,

    Petitioner,

    v.

WILLIAM GITTERE, *et al.*,

    Respondents.

Case No. 3:18-cv-00029-RCJ-CLB

**ORDER GRANTING MOTION FOR EXTENSION OF TIME (ECF NO. 54)**

    In this habeas corpus action, the petitioner, Charles Nelson, represented by appointed counsel, filed his second amended habeas petition on July 30, 2020 (ECF No. 42). On September 28, 2020, Respondents filed a motion to dismiss the second amended petition (ECF No. 44). On December 28, 2020, Nelson filed an opposition to the motion to dismiss (ECF No. 47) and a motion for evidentiary hearing (ECF No. 48). On March 2, 2021, Respondents filed a reply in support of their motion to dismiss (ECF No. 52) and an opposition to the motion for evidentiary hearing (ECF No. 53). Nelson was then due to file a reply in support of his motion for evidentiary hearing by March 22, 2021. *See* Order entered March 12, 2019 (ECF No. 22) (20 days for reply).

    On March 22, 2021, Nelson filed a motion for extension of time (ECF No. 54), requesting a 15-day extension of time, to April 6, 2021, to file his reply in support of his motion for evidentiary hearing. Nelson's counsel states that this extension of time is necessary because of a calendaring error, because of obligations in other cases, and because of personal obligations. The Court finds that the motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the requested extension of time.

**IT IS THEREFORE ORDERED** that Petitioner's motion for extension of time (ECF No. 54) is **GRANTED**. Petitioner will have until and including **April 6, 2021**, to file a reply in support of his motion for evidentiary hearing.

**IT IS FURTHER ORDERED** that, in all other respects, the schedule for further proceedings set forth in the order filed March 12, 2019 (ECF No. 22) will remain in effect.

DATED THIS 30th day of March, 2021.

_____
ROBERT C. JONES,
UNITED STATES DISTRICT JUDGE