UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHARLES NELSON,<br><br>    Petitioner,<br><br>    v.<br><br>WILLIAM REUBART, *et al.*,<br><br>    Respondents. | Case No. 3:18-cv-00029-RCJ-CLB<br><br>**ORDER GRANTING<br>COUNSEL'S MOTION TO WITHDRAW<br>(ECF NO. 60)** |

    This action is a petition for writ of habeas corpus by Charles Nelson, an individual incarcerated at Nevada's Ely State Prison. Nelson is represented by appointed counsel, Mario D. Valencia. *See* Order entered February 6, 2018 (ECF No. 5); Order entered March 6, 2018 (ECF No. 9); Order entered February 26, 2019 (ECF No. 21); Order entered March 12, 2019 (ECF No. 22). The action was stayed on April 12, 2021, pending state-court proceedings in which Nelson seeks to exhaust state court remedies with respect to claims not previously asserted in state court. *See* Order entered April 12, 2021 (ECF No. 57). The Court takes judicial notice of publicly available records of Case No. A-21-836085-W in Nevada's Eighth Judicial District Court, Nelson's state-court action. *See* https://www.clarkcountycourts.us/Portal/Home/WorkspaceMode?p=0 (Case No. A-21-836085-W) (last visited May 19, 2022). This Court notes that Valencia does not represent Nelson in the state-court action; Nelson is represented in that case by other counsel. In the state-court action, the parties have entered a stipulation setting a schedule for further proceedings. *See* Stipulation, Exh. 1 to Motion to Withdraw (ECF No. 60, pp. 5–7). Nelson is to file a supplemental petition by August 9, 2022, the State's response will be due October 19, 2022, Nelson's reply will be due November 8, 2022, and a hearing is scheduled for November 14, 2022. *See id*.

In this case, on May 3, 2022, Valencia filed a Motion to Withdraw (ECF No. 60). Valencia served that motion on Nelson (*see* ECF No. 60 at 3), and Nelson did not respond. *See* LR IA 11-6 (b) ("The affected client may, but is not required to, file a response to the attorney's motion [to withdraw] within 14 days of the filing of the motion, unless the court orders otherwise.").

In his motion to withdraw, Valencia states that, because of matters in his personal life, he has resigned from the Court's panel of attorneys accepting appointments in habeas cases, and he wishes to withdraw from his representation of Nelson in this case. Motion to Withdraw (ECF No. 60), pp. 1–2. The Court finds that, because this federal action is currently stayed, and because there are apparently substantial proceedings remaining to be conducted in the state-court action, there will be no delay of this case and Nelson will not be adversely affected if Valencia withdraws. The Court determines that there is good cause to grant the motion to withdraw. The Court will grant that motion and will undertake to appoint new counsel to represent Nelson in this case.

**IT IS THEREFORE ORDERED** that Mario D. Valencia's Motion to Withdraw (ECRF No. 60) is **GRANTED**. Mario D. Valencia is discharged from his representation of the petitioner in this case.

**IT IS FURTHER ORDERED** that the Court will, by separate order, appoint other counsel to represent the petitioner in this case.

**IT IS FURTHER ORDERED** that, pursuant to Federal Rule of Civil Procedure 25(d), William Reubart is substituted for William Gittere as the respondent warden. The Clerk of the Court is directed to update the docket to reflect this change.

DATED THIS 14th day of June, 2022.

ROBERT C. JONES
UNITED STATES DISTRICT JUDGE